IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHIQUITA SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06-00021-FP-W-DW |
| ) | |
| JO ANNE BARNHART, ) | |
| ) | |
| Defendant. ) | |

ORDER

Plaintiff filed this case on January 10, 2006. (Doc. 1). On January 12, 2006, this Court granted Plaintiff's motion for leave to proceed *in forma pauperis*. (Doc. 4). Defendant filed an answer in this case on March 22, 2006. (Doc. 8). Thereafter, on April 14, 2006, counsel for Plaintiff filed a Motion for Extension of Time in which to file Plaintiff's brief. On April 21, 2006, the Court granted Plaintiff's motion, granting Plaintiff up to thirty additional days, including June 1, 2006, in which to file her brief. As of the date of this Order, Plaintiff has failed to file her brief. Accordingly, for failure to prosecute, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: July 24, 2006